**James L. BROOKS, Appellant,**

v.

**Mark W. BENNETT; Paul A. Zoss; Thomas J. Miller; U.S. Government, Appellees.**

**No. 01–1678.**

United States Court of Appeals, Eighth Circuit.

Submitted July 23, 2001.

Decided July 30, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

James L. Brooks appeals from the district court's[1] dismissal of his complaint. Having carefully reviewed the record and the parties' briefs, we agree with the district court, for the reasons explained in its thorough opinion, most claims are barred by sovereign, Eleventh Amendment, and judicial immunity, and that the complaint otherwise fails to state a claim. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minne- sota.